UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PDS GAMING CORPORATION,

    Plaintiff,

v.                                             CASE NO: 8:06-cv-2060-T-26TBM

M/V OCEAN JEWEL OF ST. PETERSBURG
(OFFICIAL NUMBER 7625823), her boats,
engines, tackle, apparel, furnishings, equipment,
and appurtenances, in rem; et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, the Joint Motion to Allow Shift of M/V Casino Royale, Replacement of Substitute Custodian, Publication of Notice of Arrest, and Permission to resume Repairs of Casino Royale (Dkt. 56) is granted. The Court incorporates by reference in this order and specifically approves each and every agreement and request for relief set forth in the motion.

**DONE AND ORDERED** at Tampa, Florida, on November 22, 2006.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record